**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **JAMES DARNELL ROME SUDBERRY,** | : | **Case No. 1:26-cv-407** |
| | : | |
| **Plaintiff,** | : | |
| | : | **District Judge Matthew W. McFarland** |
| **vs.** | : | **Magistrate Judge S. Courter M. Shimeall** |
| | : | |
| **C. THORNE,** *Victim Services ManCI, et al.*, | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

---

### ORDER OF TRANSFER

---

Plaintiff, a prisoner at the Mansfield Correctional Institution (ManCI), in Mansfield, Ohio, has filed a civil rights action in this Court.  (Doc. 1.)  In his Complaint, Plaintiff seeks to bring claims against multiple employees at ManCI.  (*See* Doc. 1-1.)

Civil suits may be brought only in the judicial district where (1) any defendant resides, if all defendants reside in the same State; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) any defendant may be found, if there is no district in which the claim may otherwise be brought.  28 U.S.C. § 1391(b).  In this case, all the Defendants are residents of Mansfield, Ohio, which is in Richland County, in the Northern District of Ohio. Further, it appears that the events giving rise to Plaintiff's claims occurred at ManCI, which is also located in Richland County, in the Northern District of Ohio, and not in any county located in the Southern District of Ohio.  The Southern District of Ohio is not the proper venue under section 1391(b).  This case is properly venued in the Northern District of Ohio.

Accordingly, the **CLERK OF COURTS** is hereby **DIRECTED TO TRANSFER** this case to the United States District Court for the Northern District of Ohio, Eastern Division, for all

further proceedings.   *See* 28 U.S.C. § 1406(a).

The **CLERK OF COURT** issued a Notice of Deficiency in this case on April 27, 2026, directing Plaintiff to submit service documents to the Clerk of Court in Cincinnati, Ohio.   (*See* Doc. 2.)   In light of this transfer, Plaintiff is **DIRECTED** to submit all future filings in this case to the United States District Court for the Northern District of Ohio, Eastern Division, at Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, unless otherwise ordered by the United States District Court for the Northern District of Ohio.

**IT IS SO ORDERED**.

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**

2